UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Tilden International, Inc. et al.,

        Plaintiff,

v.                                          Case No. 9:18-mc-80490-RLR

Theodore Salvador Russo, et al.,

        Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS

COMES NOW Plaintiffs, Tilden International, Inc. and Tilden Realty FLA, Inc. by and through undersigned counsel, and notices the appearance of said undersigned counsel effective June 16, 2021 to represent Plaintiffs in these proceedings.  Henceforth, please direct all papers and other pleadings to undersigned counsel by means of either his primary or secondary email addresses:

    Primary:                jeffsiskind@msn.com

    Secondary:          jeffsiskind@gmail.com

WHEREFORE, Defendant files this Notice of Appearance of Counsel for the reasons stated herein.

**S I S K I N D   L E G A L , P L L C**

_____*/s/ Jeffrey M. Siskind*_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW   Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE  (561) 791-9565   FACSIMILE  (561) 791-9581
Email:  jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of appearance was served by Florida's E-filing Portal on June 16, 2021 upon all parties in interest or their counsel, all of whom are registered to receive electronic notification via the Portal.

_____*/s/ Jeffrey M. Siskind*_____
Jeffrey M. Siskind, Esq.   FBN 138746