UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TILDEN INTERNATIONAL, INC., et al.,

      Plaintiffs,

v.                                              Case No. 18-mc-80490 RLR

THEODORE SALVADORE RUSSO, et al.,

      Defendants.

_____/

## **PLAINTIFFS' MOTION TO REOPEN CASE**

COME NOW, Tilden International, Inc. and Tilden Realty FLA, Inc. ("Plaintiffs"), by and through undersigned counsel, and file this Plaintiff's Motion to Reopen Case, and state:

1. This case was opened and closed on April 13, 2018 for the purpose of registering a foreign judgment owner by Plaintiffs.

2. A pro se assignee travelled on the registration to file papers which resulted in his obtaining funds which in part belong to Plaintiffs.

3. To date, despite several demands, said pro se party has refused to pay over to Plaintiffs their respective share of said recovered funds and refuses to provide an accurate accounting of same.

4. Plaintiffs recently also discovered that the assignment which was drafted and then used by said pro se party to obtain funds which in part belong to Plaintiffs were found by a Florida court to constitute a means to practice law without a license, a felony in Florida.

WHEREFORE, Plaintiffs request that the Court reopen this case to enable Plaintiffs to obtain relief, and for such other and further relief as appropriate.

**S I S K I N D   L E G A L , P L L C**

_____*/s/ Jeffrey M. Siskind*_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006<br>
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301<br>
3465 Santa Barbara Drive  Wellington, Florida  33414<br>
TELEPHONE  (561) 791-9565<br>
FACSIMILE  (561) 791-9581<br>
Email:  jeffsiskind@msn.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 16, 2021 via CM/ECF to all persons authorized to receive notices electronically in this case and by U.S. Mail to all appropriate parties who are not authorized to receive notices electronically through CM/ECF.

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746