UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TILDEN INTERNATIONAL, INC., et al.,

      Plaintiffs,

v.                                              Case No. 18-mc-80490 RLR

THEODORE SALVADORE RUSSO, et al.,

      Defendants.

_____/

### MOTION FOR HEARING ON PLAINTIFFS' MOTION TO REOPEN CASE AND MOTION TO TAKE JUDICIAL NOTICE OF ORDER IN PALM BEACH CTY. CASE NO. 2018-CP-001919 AND INVALIDATE ASSIGNMENT TO ROBERT GIBSON

COME NOW, Tilden International, Inc. and Tilden Realty FLA, Inc. ("Plaintiffs"), by and through undersigned counsel, and requests that the Court schedule a hearing on Plaintiffs' Motion to Reopen Case and Motion to Take Judicial Notice of Order on Palm Beach Cty. Case No. 2018-CP-001919 and Invalidate Assignment to Robert Gibson.

S I S K I N D   L E G A L, P L L C

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE  (561) 791-9565
FACSIMILE   (561) 791-9581
Email:  jeffsiskind@msn.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 17, 2021 via CM/ECF to all persons authorized to receive notices electronically in this case and by U.S. Mail to all appropriate parties who are not authorized to receive notices electronically through CM/ECF.

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 138746