# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TILDEN INTERNATIONAL, INC.,
Successor in Interest to Tilden Associates,
Inc., and Tilden Realty FLA, Inc.,

        Plaintiff,

vs.

THEODORE SALVADOR RUSSO,
ALEXANDER RUSSO, JONNI ANGEL, JT
LIMITED, INC., TEJO LIMITED, INC., J &
L OF THE PALM BEACHES, INC., REBEL
AUTOMOTIVE OF ROYAL PALM
BEACH, FL, INC., REBEL AUTOMOTIVE
OF BOYNTON BEACH, FL, INC., REBEL
AUTOMOTIVE OF STUART, FL, INC.,
AJA AUTOMOTIVE CORP.,

        Defendants.

_____/

CASE NO.:

(NYED CASE NO.17-CV-117)

**ACKNOWLEDGMENT OF**
**ASSIGNMENT OF JUDGMENT**

     COMES NOW, Tilden International, Inc., Successor in Interest of Tilden Associates, Inc., and Tilden Realty FLA, Inc., the Plaintiff in the above styled matter, by and through undersigned and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

     1)  THAT Judgment was entered by the United States District Court for the Eastern District of New York under Index No. 17-CV-117, on or about December 1, 2017.

     2)  THAT Plaintiff Tilden International, Inc. was awarded against Defendants Theodore Salvador Russo, Alexander Russo, Jonni Angel, JT Limited, Inc, TEJO Limited, Inc., J & L of the Palm Beaches, Inc., Rebel Automotive of Royal Palm Beach, FL, Inc., Rebel Automotive of Boynton Beach, FL, Inc. Rebel Automotive of Stuart, FL, Inc., AJA Automotive Corp., the sum of One Hundred Eighty Eight Thousand Seven Hundred Sixty and 00/100 Dollars ($188,760.00) jointly and severally.

     3)  THAT there have been no renewals since the entry of said judgment by the court and that Plaintiff Tilden Associates, Inc. has received zero dollars ($00.00) of the judgment from

Defendants that is creditable against this judgment.

4)  THAT Plaintiff Tilden International, Inc. is the judgment creditor of record.

5)  THAT the last known address of record for the judgment debtors are all within the geographical boundaries of the US Southern District of Florida.

6)  THAT a certified copy of the judgment, as attached, was obtained for recording in the official records of the relevant counties within the Southern District of the State of Florida.

7)  THAT a fifty percent (50%) undivided interest of all title, right, and interest in the within judgment along with all further arising causes of action relating to this matter are hereby irrevocably transferred jointly and without recourse, to the following person:

> Robert Gibson
> 525 South Flagler Dr. Suite 501
> West Palm Beach, FL 33401

8)  THAT Assignee, Robert Gibson is authorized to recover, compromise, settle and enforce the entirety of said judgment.

TILDEN INTERNATIONAL, INC.
f/k/a Tilden Associates, Inc.
d/b/a Tilden Car Care Centers
1025 Old Country Road, Suite 425
Westbury, New York 11590
info@tildencarcare.com

Robert Baskind, President

SWORN AND SUBSCRIBED TO BEFORE ME, THIS ____9th____ DAY OF APRIL 2018

Notary Public

MIGUEL OCASIO
NOTARY PUBLIC, State of New York
No. 01OC6293352
Qualified in Nassau County
Commission Expires 10-9-2021

# Exhibit B

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| Tilden International, Inc. & Tilden Realty FLA, Inc | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **17-CV-117** |
| Theodore Salvador Russo, Alexander Russo, etal | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  **12/01/2017**  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: **APR - 3 2018**

DOUGLAS C. PALMER

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

------------------------------------------------------------

TILDEN INTERNATIONAL, INC.,
Successor in Interest of Tilden Associates, Inc.,
and Tilden Realty FLA, Inc.,

★   DEC - 1 2017   ★

LONG ISLAND OFFICE

Plaintiff,

-against-

**JUDGMENT**

THEODORE SALVADOR RUSSO,
ALEXANDER RUSSO, JONNI ANGEL,
JT LIMITED, INC., TEJO LIMITED, INC.,
J & L OF THE PALM BEACHES, INC.,
REBEL AUTOMOTIVE OF ROYAL PALM
BEACH, FL, INC., REBEL AUTOMOTIVE
OF BOYNTON BEACH, FL, INC., REBEL
AUTOMOTIVE OF STUART, FL, INC.,
AJA AUTOMOTIVE CORP.,

Index No. 17-CV-117

Defendants.

------------------------------------------------------------X

This action having been commenced on January 10, 2007 by the filing of the
Summons and Complaint, the Complaint having asserted claims for breach of Franchise
Agreements and breach of Settlement Agreements;

The Summons and Complaint were served on Defendant Theodore Salvador Russo
on January 30, 2017, per the Affidavit of Service filed with the Court on March 1, 2017
(Docket #17). The time for Defendant Theodore Salvador Russo to answer or otherwise
move as to the Complaint expired on February 20, 2017, and such Defendant has not
answered or otherwise responded.

The Summons and Complaint were served on Defendant JT Limited, Inc. on January
30, 2017, per the Affidavit of Service filed with the Court on March 1, 2017 (Docket #19).

The time for Defendant JT Limited, Inc. to answer or otherwise move as to the Complaint expired on February 20, 2017, and such Defendant has not answered or otherwise responded.

The Summons and Complaint were served on Defendant Rebel Automotive of Royal Palm Beach, FL, Inc. on January 30, 2017, per the Affidavit of Service filed with the Court on March 1, 2017 (Docket #20). The time for Defendant Rebel Automotive of Royal Palm Beach, FL, Inc. to answer or otherwise move as to the Complaint expired on February 20, 2017, and such Defendant has not answered or otherwise responded.

The Summons and Complaint were served on Defendant AJA Automotive Corp. on January 30, 2017, per the Affidavit of Service filed with the Court on March 1, 2017 (Docket #21). The time for Defendant AJA Automotive Corp. to answer or otherwise move as to the Complaint expired on February 20, 2017, and such Defendant has not answered or otherwise responded.

The Summons and Complaint were served on Defendant Alexander Russo on February 6, 2017, per the Affidavit of Service filed with the Court on March 1, 2017 (Docket #18). The time for Defendant Alexander Russo to answer or otherwise move as to the Complaint expired on February 27, 2017, and such Defendant has not answered or otherwise responded, but for an untimely communication to the undersigned.

The time within which the aforementioned Defendants had to answer or otherwise respond had not been extended.

Per Local Civil Rule 55.1, none of the above-listed Defendants are infants, incompetents, or in the military service.

On March 31, 2017, Plaintiff filed a Request for Clerk's Entry of Default against such Defendants (Docket #24). On March 31, 2017, the Clerk issued the Entry of Default against

2

such Defendants (Docket #25). On September 15, 2017, Plaintiff moved for a Default Judgment. The Court granted Plaintiff's Motion for Default Judgment on October 11, 2017.

IT IS HEREBY ORDERED, JUDGED, AND DECREED:

that Plaintiff Tilden International, Inc. have judgment against the above-listed Defendants jointly and severally in the amount of $188,360.00, comprised of $116,590.00 on Plaintiff's First Cause of Action plus $71,770.00 on Plaintiff's Second Cause of Action, plus costs and disbursements of this action in the amount of the $400.00 filing fee, amounting in all to $188,760.00 plus interest.

Dated: December 1, 2017
        Central Islip, New York

s/Leonard D. Wexler
U.S.D.J.

HON. LEONARD D. WEXLER

A TRUE COPY
DATE APR 3 5 2018        20
DOUGLAS C. PALMER
                              CLERK
BY
                    DEPUTY CLERK

3

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Tilden International, Inc. and Tilden Realty FLA., Inc.

**DEFENDANTS**

Theodore Salvator Russo, Alexander Russo, Jonni Angel, JT Limited, Inc. TEJO Limited, Inc. J & L of the Palm Beaches, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant __Palm Beach County__
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Law Offices of Todd Wengrovsky (TW4823)
285 Soughfield Road, Box 585
Calverton, NY 11933 (631) 727-3400

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☒ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☒ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USCS 1391 and 1400

Brief description of cause:
Breach of Franchise Agreement and related agreements

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Exhibit C



# Florida Commission on Ethics

P. O. Drawer 15709, Tallahassee, Florida 32317-5709

"A Public Office is a Public Trust"

**FLORIDA
COMMISSION ON ETHICS**

**OCT 2 6 2018**

**RECEIVED**

# COMPLAINT

## 18-185

ORIGINAL

## 1. PERSON BRINGING COMPLAINT:

Name: Robert Gibson    Telephone Number: (561) 868-2100

Address: 313 Datura Street, Suite 100

City: West Palm Beach    County: Palm Beach    State: Florida    Zip Code: 33401

## 2. PERSON AGAINST WHOM COMPLAINT IS BROUGHT:

Use a separate complaint form for each person you wish to complain against:

Name: Jeffrey Marc Siskind, Esq. - FBN 138746    Telephone Number: (561) 791-9565

Address: 3465 Santa Barara Drive

City: Wellington    County: Palm Beach    Zip Code: 33414

Title of office or position held or sought: Attorney General (Florida)

## 3. STATEMENT OF FACTS:

Please provide a full explanation of your complaint, describing the facts and the actions of the person named above and why you believe he or she violated the law. Include relevant dates and the names and addresses of persons whom you believe may be witnesses. Please do not submit more than 15 pages, including this form. Please do not submit video or audio tapes, CDs, DVDs, flash drives or other electronic media; such material will not be considered part of the complaint and will be returned.

## 4. OATH

I, the person bringing this complaint, do swear or affirm that the facts set forth in the foregoing complaint and attachments thereto are true and correct to the best of my knowledge and belief.

STATE OF FLORIDA

COUNTY OF PALM BEACH

Sworn to (or affirmed) and subscribed before me this 22nd day of October ,

20 18 , by Robert Gibson .

(name of person making statement)

_____
(Signature of Notary Public)

ADILEN PEREZ
Notary Public - State of Florida
Commission # FF 918557
My Comm. Expires Sep 15, 2019

Adilen Perez
(Print, Type, or Stamp Commissioned Name of Notary Public)

_____
SIGNATURE OF COMPLAINANT

Personally Known _____ OR Produced Identification ✓

Type of Identification Produced: FL State ID

CE FORM 50—Effective January 9, 2017
Incorporated by reference in Rule 34-7.010(1)(b), F.A.C.



*Intelexigent, Unltd.*

Tel. (561) 868-2100
intelexigent@gmail.com
Toll Free (800) 737-8336
313 Datura Street. Suite 100
West Palm Beach, FL 33401-5405
Florida Agency License # A-9800293

## CANDIDATE FOR ATTORNEY GENERAL
## (JEFFREY MARC SISKIND)
## ETHICS COMPLAINT

October 22, 2018

Commission on Ethics
P.O. Box 15709
Tallahassee, Florida 32317-5709

**Via: USPS Express Mail**

Dear Commissioners,

I am a private investigator, a former (7 year) employee of Florida Attorney General Candidate, Jeffrey Marc Siskind, Esquire and one of many people that Mr. Siskind has defrauded and from which he has absconded with money directly purloined from his attorney trust (IOTA) account.

As a close observer of Mr. Siskind's fraud and theft from the less enfranchised, I am obviously biased against his interest. However, in addition to the penalties under perjury described by this commission for frivolous, inaccurate or exaggerated complaints, I am providing excerpts from documents which clearly support my single allegation made from personal knowledge, to wit:

Jeffrey Marc Siskind knowingly and grossly misstated his financial assets on his Financial Disclosure Form 6, which he filed originally on June 21, 2018 and then again on June 22, 2018.

On PART A – NET WORTH, he lists his net worth as $2,120, 035.77, calculated on the basis of PART B – ASSETS, where he lists his assets as follows:

$  5,574,554.20 - Western Credit Resolution Trust d/t/d 6-10-18
$        5,500.00 - Loan - Jeffrey M. Siskind Campaign
$        2,000.00 - Bank Account - Florida Community Bank
$        2,311.55 - Bank Account - Wells Fargo

Valuation of the Western Credit Resolution Trust, formed eleven (11) days before filing his Financial Disclosure Form 6, is a complete fiction that is somewhat akin to buying a $2 lottery ticket with an expected win payout of $100 million, then irrationally calculating yourself to have a 5% chance of winning, thereby declaring the ticket to be worth $5 million.

It goes like this; Mr. Siskind alleges that he personally owns 5% of a "never got out of the gate" Maryland startup by the name of CannaMED Pharmaceuticals, LLC, hoping to win a license for growing medical marijuana in that state. CannaMED was eliminated from license

2

consideration on the first round.  CannaMED, by and through attorney Siskind, sued and lost to the state of Maryland, in an attempt to force the state to grant it a license.  He appealed its loss, but he has not yet filed its initial brief.

Additionally, he claims that Western Credit Resolution Trust owns a derivative interest in CannaMED through Chance & Anthem, LLC's majority ownership of CannaMED, which presumably Siskind has directed to the newly formed trust.

Accordingly, the entire basis for Mr. Siskind's valuation of his beneficial interest in the Western Credit Resolution Trust is based on Mr. Siskind's assertion that 1.) he is the primary beneficiary of the trust, that 2.) the Trust now holds Siskind's 5% interest in CannaMED, that 3.) Chance & Anthem, LLC, a Florida limited liability company formed in October 2014 with Mr. Siskind named as the sole, and managing member, owns a 70% interest in CannaMED, and that 4.) Chance & Anthem has granted to the Trust its interest in CannaMED, either directly in equity or in earnings by contract, that 5.) CannaMED will win its appeal, that 6.) the case will be remanded to trial court, that 7.) CannaMED will win the renewed lawsuit against the state of Maryland, that 8.) it will be granted a license to grow pot, and that 9.) despite Siskind's dubious business acumen, under his tutelage, CannaMED will either be successful or will sell the license for an amount of money that would create generational wealth for the Siskind family.

However, even that miniscule possibility is drastically diluted, if not extinguished, by the fact that neither Jeffrey Marc Siskind nor the Western Credit Resolution Trust owns Chance & Anthem's purported interest in the CannaMED lottery ticket about which he fantasizes.  It belongs to the bankruptcy estate under the control of the Chapter 7 trustee for Chance & Anthem, LLC, a previously manufactured vehicle for Siskind's fraud, in which he attempted, through bankruptcy, to discharge Six Million Three Hundred Twenty-Four Thousand Eight Hundred Twenty-Four Dollars ($6,324,824) of claims as a result of funds he misappropriated from clients and others. In its bankruptcy petition, Chance & Anthem, LLC listed it valuation of its interest in CannaMED at One Thousand Dollars ($1,000)

Despite contradictory and obviously deceptive responses to depositions, interrogatories, and requests for production, Mr. Siskind has recently confirmed by his responses to questions #9 and #10 of my interrogatories in aid of execution for a judgment which I hold against him, the following:

9. Do You own or have any interest in any stocks, bonds, mutual funds, money market funds, securities, or negotiable instruments, or any business entities? If so, as to each such interest state:

(a) A full description of the stock, bond, security, mutual fund, money market fund, security, negotiable instrument, or any business entity

(b) The par or face value of such stock, bond, security, or negotiable instrument, and the value of any such interest in the business

(c) The registered and beneficial holders of the stock certificate, bond, security, or negotiable instrument

(d) The dates on which interest, dividends, or other disbursements are payable to you

(e) The maturity dates of any bond or security

3

(f) The identity of the custodian of all documents evidencing the interest

(g) The location of all such documents

**ANSWER**: Yes. (a) Respondent is a residual beneficiary of Western Credit Resolution Trust which owns a five percent (5%) direct interest and seventy percent (70%) derivative interest in CannaMED Pharmaceuticals, LLC, a Maryland limited liability company; (b) nominal value; (c) Jeffrey M. Siskind, Western Credit Resolution Trust; (d) not applicable; (e) not applicable; (f) Respondent; (g) Wellington, Florida.

10. Are You the beneficiary of any trust? If so, identify the name of the trust, the trustee and settlor of the trust, the trust designation (i.e. revocable trust) and all assets and liabilities of the trust.

**ANSWER**: Yes. Western Credit Resolution Trust; Jeffrey Siskind, Trustee; Jeffrey Siskind, Settlor; Respondent is a residuary beneficiary of said irrevocable trust.

## CONCLUSION

Jeffrey Marc Siskind's interest in Western Credit Resolution Trust d/t/d 6-10-18 is essentially worthless. Accordingly, unless he has secreted away unlisted monies alleged by him to have been lost in investor funded projects over the last 8 years, five of which he spent in a failed personal chapter 11 bankruptcy, his net worth of $2,120,035.77 would be much more accurate if it was in red with parenthesis and a minus sign, (- $2,120,035.77).

Further affiant sayeth naught.

Robert Gibson, C-2000695

The foregoing is signed, and conformed document excerpts are provided under penalty of perjury in support of the complaint to which it is attached.

## IN THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR
## PALM BEACH COUNTY, FLORIDA

SARA DOZIER,
    Plaintiff,

v.                          CASE NO. 09-CA-033862XXXXMB

JEFFREY SISKIND, ESQUIRE, and
PATRIOT RESIDENTIAL PROPERTIES, INC.
    Defendants.
_____/

## JUDGMENT CREDITOR'S NOTICE OF SERVING INTERROGATORIES IN AID OF EXECUTION TO JUDGMENT DEBTOR, JEFFREY SISKIND

Plaintiff/Judgment Creditor, Robert Gibson, as assignee of Brown & Associates, P.A., gives notice of serving the attached interrogatories in aid of execution on the Judgment Debtor, Jeffrey Siskind, this 27th day of June, 2018.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing (along with the attached interrogatories) was filed on the Florida courts e-portal on June 27, 2018 which will electronically serve all counsel of record in this matter pursuant to Fla.R.Jud.Admin.2.516, including Jeffrey M. Siskind, Esq., counsel for Judgment Debtors, jeffsiskind@msn.com.

                **LAW OFFICES OF PAUL A. HUMBERT, P.L.**
                Counsel for Judgment Creditor, Robert Gibson
                199 E. Flagler Street, #1010
                Miami, Florida 33131
                Tel. (305) 914-7862
                Fax. (305) 513-5153
                pa@pahumbertlaw.com

                By: */s/ Paul A. Humbert*
                      Paul A. Humbert, Esq.
                      Fla. Bar No.: 0091166

5

Fill in this information to identify the case and this filing:

Debtor Name _Chance, & Anthem, LLC_

United States Bankruptcy Court for the: _____ District of _MD_
(State)

Case number (if known): _18-11168_

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒ Schedule H: Codebtors (Official Form 206H)

☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2/12/18_              ✗ _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

_JEFFREY M. SISKIND_
Printed name

_MANAGING MEMBER_
Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors



Fill in this information to identify the case:

Debtor name __CHANCE & ANTHEM, LLC__

United States Bankruptcy Court for the:_____ District of __MD__
(State)

Case number (If known): __18-11168__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ __-0-__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................... $ __200.00__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $ __200.00__

---

**Part 2:**  **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................ $ __-0-__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ __-0-__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... + $ __6,324,824__ ⁰⁰

4. **Total liabilities**.................................................................................................
   Lines 2 + 3a + 3b                                                                                        $ __6,324,824__ ⁰⁰

7

Debtor _Name_ CHANCE & ANTHEM, LLC      Case number (if known) 18 – 11168

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____ $_____

   8.2. _____ $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.      $_____—O—_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

                                                            Current value of debtor's interest

11. **Accounts receivable**

   11a. 90 days old or less: _____ – _____ = ........→   $_____
                            face amount            doubtful or uncollectible accounts

   11b. Over 90 days old: _____ – _____ = ........→   $_____
                          face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☑ Yes. Fill in the information below.

                                            Valuation method          Current value of debtor's
                                            used for current value     interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. CANNAMED PHARMACEUTICALS, LLC    ESTIMATE  $ 1,000.00

   14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                              % of ownership:

   15.1. _____  _____%  _____  $_____

   15.2. _____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____  _____  $_____

   16.2. _____  _____  $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.      $ 1,000.00

---

Official Form 206A/B              Schedule A/B: Assets — Real and Personal Property              page 2

8

Debtor _CHANCE & ANTHEM, LLC_          Case number *(if known)* __18-11168__
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
_BAY AREA DISPOSAL_
_P.O. Box 189_
_Owings, MD 20736_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
Basis for the claim: _Waste Svc._

$ _280.00_

Date or dates debt was incurred _____
Last 4 digits of account number _____
Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
_APOSTLE CONSTRUCTION_
_716 NAYLOR MILL Rd._
_SALISBURY, MD 21801_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
Basis for the claim: _Roof Repair_

$ _5,000.00_

Date or dates debt was incurred _2017_
Last 4 digits of account number _____
Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
_T.E. Smith & Son Inc._
_2043 Northwood Drive_
_Salisbury, MD 21801_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
Basis for the claim: _HVAC MAINT._

$ _450.00_

Date or dates debt was incurred _2017_
Last 4 digits of account number _____
Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
_BEAVER TREE SERVICE_
_P.O. Box 2476_
_SALISBURY, MD 21802_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
Basis for the claim: _LANDSCAPE MAINT._

$ _3,950.00_

Date or dates debt was incurred _2016_
Last 4 digits of account number _____
Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
_FREDERICK R. VOLKWEIN_
_2727 ROSEMARY AVE #3_
_WEST PALM BEACH, FL 33407_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
Basis for the claim: _MONEY LOANED (R INVESTED)_

$ _500,000.00_

Date or dates debt was incurred _2016_
Last 4 digits of account number _____
Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
_Richard Neff_
_2760 MEADOWLARK LANE_
_WEST PALM BEACH, FL 33409_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed
Basis for the claim: _MONEY LOANED OR INVESTED_

$ _526,000.00_

Date or dates debt was incurred _2016_
Last 4 digits of account number _____
Is the claim subject to offset?
☒ No
☐ Yes

9

Debtor **CHANCE & ANTHEM, LLC**
Name

Case number (if known) **18-11168**

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address

BBK South Properties, LLC
C/O GEORGE BOOFAS, ESQ.
1271 Hill Ave.
MELBOURNE, FL 32940

As of the petition filing date, the claim is: $ **250,000.00**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: MONEY LOANED OR INVESTED

Date or dates debt was incurred **2016**
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.8** Nonpriority creditor's name and mailing address

3 GEN VC, LLC
C/O GERALD CANTOR
4050 Hollywood Blvd #500-N
Hollywood, FL 32021

As of the petition filing date, the claim is: $ **100,000.00**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: MONEY LOANED OR INVESTED

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.9** Nonpriority creditor's name and mailing address

Richard Bell
16192 Coastal Hwy.
LEWES, DE 19958

As of the petition filing date, the claim is: $ **50,000.00**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: MONEY LOANED OR INVESTED

Date or dates debt was incurred **2016**
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.10** Nonpriority creditor's name and mailing address

ALL PRO POOL SVC.
13557 BARBERRY DRIVE
WELLINGTON, FL 33414

As of the petition filing date, the claim is: $ **600.00**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: POOL MAINT.

Date or dates debt was incurred **2017**
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.11** Nonpriority creditor's name and mailing address

PTM ELECTRIC, INC.
16971 W. HIALEAH DRIVE
LOXAHATCHEE, FL 33470

As of the petition filing date, the claim is: $ **4,000.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ELECTRICAL SUB.

Date or dates debt was incurred **2016**
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

10

Debtor _____CHANCE & ANTHEM, LLC_____   Case number *(if known)* _18-11168_

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address

HAYNES SCAFFOLDING & Supply, Inc.

1210 Ortega Rd.

West Palm Beach, FL 33405

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: SCAFFOLDING RENTAL

$ 3,500.00

Date or dates debt was incurred   2016
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.18** Nonpriority creditor's name and mailing address

WELLINGTON 3445, LP

375 Golfside Rd.

Wexford, PA 15090

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: MTG. DEFICIENCY

$ 50,000.00 est

Date or dates debt was incurred   2017
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.19** Nonpriority creditor's name and mailing address

DAVID GLORE, ET AL.

c/o Squye Williams, ESQ.

500 E. Broward Blvd #710

Ft. Lauderdale, FL 33394

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: MONEY LOANED OR INVESTED

$ 2,800,000.00 est

Date or dates debt was incurred   2016
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☑ Yes

**3.20** Nonpriority creditor's name and mailing address

SOVEREIGN GAMING & Entertain, LLC

3465 Lozo Dr. GLAVERA

Wellington, FL 33467

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2,000,000 est

Date or dates debt was incurred   2016
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

**3.21** Nonpriority creditor's name and mailing address

27126 OCEAN GATEWAY, LLC

7745 Dawson Court

Lake Worth, FL 33467

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: RENT DUE

$ 29,044.00

Date or dates debt was incurred   2017
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

11

Debtor    CHANCE & ANTHEN, LLC        Case number (if known) 18-11168

Name

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

3.1  Nonpriority creditor's name and mailing address

DELMARVA POWER

500 N. WAKEFIELD DRIVE 2ND FLR
NEWARK, DE   19702

As of the petition filing date, the claim is:          $  2000.00 ✓?
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

Basis for the claim: _____

Date or dates debt was incurred          2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

3.__  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:          $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

3.__  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:          $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

3.__  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:          $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

3.__  Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:          $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

12

Debtor _CHANCES S. ANTHEM, LLC_    Case number (if known) _18-11168_
Name

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ ___ 00 ___ |
| 5b. Total claims from Part 2 | 5b. + | $ 6,324,824 00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 6,324,824 00 |

Debtor _CHANCE & ANTHEM, LLC_     Case number (if known) _18-11168_
         Name

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | Name | | | |
| | Street | | | |
| | City                    State        ZIP Code | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**Part 14:     Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2/12/18_
            MM / DD /YYYY

✗ _____     Printed name _JEFFREY M. SISKIND_
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _MANAGING MEMBER_

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☐ Yes

14

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

SARA DOZIER,

    Plaintiff,

v.                                                        Case No. 502009CA033862XXXXMB

PATRIOT RESIDENTIAL PROPERTIES,
INC., et al.,

    Defendants.

_____/

## DEFENDANT'S ANSWERS TO JUDGMENT CREDITOR'S INTERROGATORIES IN AID OF EXECUTION TO JUDGMENT DEBTOR, JEFFREY SISKIND

COMES NOW the Judgment Debtor, Jeffrey Siskind, and responds to Judgment

Creditor's Interrogatories in Aid of Execution to Judgment Debtor, and states:

1.     Jeffrey M. Siskind, who is sui juris.

2.     No.

3.     Yes. (a) Single family residence located at 401 Carysfort Road, Key Largo,

Florida 33037; (b) fee simple; (c) & (d) see response to Production Request # 7.

4.     No.

5.     Yes. (a) 2002 Ford Explorer, 2014 Mercedes C300; (b) Jeffrey Siskind, Jeffrey

Siskind; (c) Reg. #s 1FMZU63K22ZDO1696 and WDDGF8AB2ER312146; (d) Wellington,

Florida; (e) Mercedes lienholder is Ally Financial, account no.          balance is

$19,224.01.

6.     Yes. (a) Robert Gibson d/b/a Intelexigent, Unlimited, (b) an undetermined amount

in quantum meruit for use of shared office space and equipment; (c) currently due in full; (d)

unliquidated.

15

7.     Yes. (a) JPMorgan Chase (Chase), Wells Fargo Bank (Wells), Florida's

Community Bank (FCB); (b) Jeffrey Siskind individually as to Chase and FCB, jointly as to

Wells; (c)                 , (d) $3.05, privileged because funds in this account belong to a co-holder

of this account which is not titled solely in Respondent's name, $3.88; (e) individual checking as

to Chase and FCB, joint checking as to Wells.

8.     No.

9.     Yes. (a) Respondent is a residual beneficiary of Western Credit Resolution Trust

which owns a five percent (5%) direct interest and seventy percent (70%) derivative interest in

CannaMED Pharmaceuticals, LLC, a Maryland limited liability company; (b) nominal value; (c)

Jeffrey M. Siskind, Western Credit Resolution Trust; (d) not applicable; (e) not applicable; (f)

Respondent; (g) Wellington, Florida.

10.     Yes. Western Credit Resolution Trust; Jeffrey Siskind, Trustee; Jeffrey Siskind,

Settlor; Respondent is a residuary beneficiary of said irrevocable trust.

I do hereby attest that the foregoing answers to Judgment Creditor's Interrogatories

numbers 1 – 10 are true and correct to the best of my knowledge.

JEFFREY SISKIND, ESQUIRE

SWORN TO and subscribed before me on this 14th day of July, 2018, by Jeffrey Siskind,
Esquire, who is _____ personally known to me, or who has __X__ presented his Florida Driver's
License as identification, and who took an oath.

Notary seal:



NOTARY PUBLIC – STATE OF FLORIDA

CIRO ANTONIO GALLEGO BOCANEGRA
Notary Public - State of Florida
Commission # FF 943935
My Comm. Expires Dec 15, 2019

16

DATE FILED

DEC 2 0 2018

COMMISSION ON ETHICS

BEFORE THE
STATE OF FLORIDA
COMMISSION ON ETHICS

CONFIDENTIAL

In re JEFFREY MARC SISKIND,      )
                                 )
        Respondent.              )        Complaint No.  18-185
                                 )
_____)

## DETERMINATION OF INVESTIGATIVE JURISDICTION
## AND ORDER TO INVESTIGATE

UPON REVIEW of this complaint, I find as follows:

1.      This complaint was filed by Robert Gibson of West Palm Beach, Florida.

2.      The Respondent, Jeffrey Marc Siskind, was a candidate (unsuccessful) for Attorney
General in 2018.

3.      The complaint[1] alleges that the Respondent inaccurately disclosed the value of an
asset (Western Credit Resolution Trust) on his 2017 CE Form 6, "Full and Public Disclosure of
Financial Interests," filed in 2018 as a candidate, and also alleges that the Respondent thus
inaccurately disclosed his net worth on the Form.  This indicates possible violations of Article II,
Section 8, Florida Constitution, and Section 112.3144, Florida Statutes, by the Respondent.

WHEREFORE staff of the Commission on Ethics shall conduct a preliminary investigation
of this complaint for a probable cause determination of whether the Respondent has violated

---

[1] The complaint was filed within 30 days of the general election.  However, the complaint is based
on personal information [or on information other than hearsay (e.g., business/official records)].
Section 112.324(2)(f), Florida Statutes.

Article II, Section 8, Florida Constitution, and Section 112.3144, Florida Statutes, as set forth in paragraph 3, above.[2]

_____ 12/20/18 _____
Date

_____
Virlindia Doss
Executive Director

VAD/cca

---

[2] The allegations to be investigated are not immaterial, inconsequential, or de minimis because, if true, they could constitute failures to disclose information required to be accurately disclosed by the Florida Constitution and Florida Statutes.

2

FLORIDA
COMMISSION ON ETHICS

AUG 0 6 2019

RECEIVED

**BEFORE THE**
**STATE OF FLORIDA**
**COMMISSION ON ETHICS**

CONFIDENTIAL

In re:  **Jeffrey Marc Siskind,**

      **Respondent.**

                    /

**Complaint No. 18-185**

## ADVOCATE'S RECOMMENDATION

The undersigned Advocate, after reviewing the Complaint and Report of Investigation filed in this matter, submits this Recommendation in accordance with Rule 34-5.006(3), F.A.C.

### RESPONDENT/COMPLAINANT

Respondent, Jeffrey Marc Siskind, was a candidate for Attorney General in 2018. Complaint was filed by Robert Gibson of West Palm Beach, Florida.

### JURISDICTION

The Executive Director of the Commission on Ethics determined that the Complaint was legally sufficient and ordered a preliminary investigation for a probable cause determination as to whether Respondent violated Article II, Section 8, Florida Constitution, and Section 112.3144, Florida Statutes. The Commission on Ethics has jurisdiction over this matter pursuant to Section 112.322, Florida Statutes.

The Report of Investigation was released on July 15, 2019.

## ALLEGATION

Respondent is alleged to have violated Article II, Section 8, Florida Constitution, and Section 112.3144, Florida Statutes, by filing an inaccurate 2017 CE Form 6, "Full and Public Disclosure of Financial Interest."

## APPLICABLE LAW

Article II, Section 8 Florida Constitution provides:

(a)    All elected constitutional officers and candidates for such offices and, as may be determined by law, other public officers, candidates, and employees shall file full and public disclosure of their financial interests.

    \*                  \*                  \*

(i)    Schedule–On the effective date of this amendment and until changed by law:

(1)    Full and public disclosure of financial interests shall mean filing with the secretary of state by July 1 of each year a sworn statement showing net worth and identifying each asset and liability in excess of $1,000 and its value together with one of the following:

a.    A copy of the person's most recent federal income tax return; or

b.    A sworn statement which identifies each separate source and amount of income which exceeds $1,000.   The forms for such source disclosure and the rules under which they are to be filed shall be prescribed by the independent commission established in subsection (f), and such rules shall include disclosure of secondary sources of income.

    \*                  \*                  \*

Section 112.3144(1), Florida Statutes, provides as follows

(1) An officer who is required by s. 8, Art. II of the State Constitution to file a full and public disclosure of his or her financial interests for any calendar or fiscal year shall file that disclosure with the Florida Commission on Ethics.

## ANALYSIS

As a candidate for the position of Attorney General of Florida, Respondent filed a 2017 CE Form 6, "Full and Public Disclosure of Financial Interests," on June 22, 2018.  (ROI 1, Exhibit

A) Respondent used June 20, 2018 as his reporting date. (Exhibit A1) He listed his net worth as $2,120,035.77 in Part A – Net Worth and Western Credit Resolution Trust (Trust) as an asset worth $5,574,554.20 under Part B – Assets. (ROI 4, Exhibit A1)

Respondent advised that the value of the Trust is based on its interests in CannaMed Pharmaceuticals, LLC, and that interest is based upon the valuation of CannaMed multiplied by the probability of obtaining a license to grow marijuana in the state of Maryland. (ROI 14, 15, Exhibit B) However, Respondent was denied a license by the Maryland Medical Cannabis Commission in May 2016 for which he sued. (ROI 15) Respondent advised that he was still in litigation when he filed his 2017 CE Form 6. (ROI 15) He advised the Trust is real and believes the 300+ page license application is worth tens of millions of dollars. (ROI 16) He contends that he is simply waiting for the United States Drug Enforcement Administration (DEA) to award a license and contract to CannaMed to grow medical marijuana. (ROI 16)

Complainant alleges that Respondent misstated his financial assets on his 2017 CE Form 6. (ROI 5) Complainant alleges that Respondent's interest in the Trust is "worthless," as Respondent's company, Chance & Anthem, LLC, filed for bankruptcy on February 12, 2018 and CannaMed does not own a license to do business. (ROI 5) Bankruptcy records filed on February 12, 2018 by Respondent on behalf of Chance & Anthem reflect a $1,000 value for Chance & Anthem's interest in CannaMed. (ROI 6, Complaint 8) Complainant maintains that Respondent's valuation of the Trust is faulty, consequently, so is Respondent's net worth. (ROI 5)

Respondent advised that he was a settlor of the Trust which was established following his personal Chapter 11 bankruptcy as a vehicle to make certain some of his creditors were paid. (ROI 13) On April 24, 2018, Respondent filed an amended bankruptcy form which valued Chance & Anthem's interest in CannaMed at $14,000,000. (ROI 8, Exhibit C) He advised that the value he

assigned to Chance & Anthem's interest in CannaMed was only a nominal value which may be deemed a placeholder. (ROI 9)

Respondent advised that the Trust owns 75% of CannaMed which encompasses 70% of Chance & Anthem's interest and 5% of his personal interest. (ROI 13) He further advised that the Trust owns his 100% title and interest in Chance & Anthem. (ROI 13) He recalled the remaining 25% of assets in the Trust are "either in the hands of investors, having been sold or gifted, or in treasury stock having not been distributed." (ROI 13)

The instant investigation found that the CannaMed name was forfeited on October 13, 2017 and purchased by another person on February 7, 2019. (ROI 17) Chance & Anthem bankruptcy trustee, Robert C. Furr, advised that CannaMed had a zero cash value as of December 13, 2018, a little less than six months after Respondent's reporting date. (ROI 18)

The CE Form 6 instructions provide, "How to Value Assets: Value each asset by its fair market value on the date used in Part A for your net worth." According to Merriam-Webster, "fair market value" is defined as a price at which buyers and sellers with a reasonable knowledge of pertinent facts and not acting under any compulsion are willing to do business.

Respondent is asking the public to believe that an entity to which he does not own the name nor has a license to do business could be sold for $14,000,000 and thus his percentage via the trust is worth over $5,000,000.[1] There is sufficient evidence to show that the Trust's value disclosed by Respondent is inaccurate which consequently means the net worth is inaccurate as well.

Therefore, based on the evidence before the Commission, I recommend that the Commission find probable cause to believe that Respondent violated Article II, Section 8, Florida Constitution, and Section 112.3144, Florida Statutes.

---

[1] The CE Form 6 instructions provide, "How to Value Assets: Trusts: You are deemed to own an interest in a trust which corresponds to your percentage interest in the trust corpus."

4

## RECOMMENDATION

It is my recommendation that:

There is probable cause to believe that Respondent violated Article II, Section 8, Florida Constitution, and Section 112.3144, Florida Statutes, by filing an inaccurate 2017 CE Form 6, "Full and Public Disclosure of Financial Interest."

Respectfully submitted this _____ day of August, 2019.

MELODY A. HADLEY
Advocate for the Florida Commission on Ethics
Florida Bar No. 0636045
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300, Ext. 3704

5

**DATE FILED**

OCT 3 0 2019

COMMISSION ON ETHICS

BEFORE THE
STATE OF FLORIDA
COMMISSION ON ETHICS

In re JEFFREY M. SISKIND,                    )
                                             )          Complaint No. 18-185
        Respondent.                          )
                                             )
_____             )

## ORDER FINDING PROBABLE CAUSE

Based on the preliminary investigation of this complaint and on the recommendation of the Commission's Advocate, the Commission on Ethics finds that there is probable cause to believe the Respondent, as a candidate for Attorney General, violated Article II, Section 8, Florida Constitution, and Section 112.3144, Florida Statutes, by filing an inaccurate 2017 CE Form 6, "Full and Public Disclosure of Financial Interests."

Therefore, the Commission on Ethics orders a public hearing as to whether the Respondent violated Article II, Section 8, Florida Constitution, and Section 112.3144, Florida Statutes, as set forth above.  A formal notice of hearing of the matters on which probable cause has been found will be prepared and sent to the Respondent and to the Advocate.  Under Commission Rule 34-5.020, F.A.C., the Commission may resolve a complaint proceeding through a stipulation, settlement, or consent order entered into by the Respondent and the Commission's Advocate and approved by the Commission.  If the Respondent wishes to pursue a settlement of this case, he should contact the Commission's Advocate at (850) 414-3300 to discuss the terms of a possible settlement.

ORDERED by the State of Florida Commission on Ethics meeting in executive session on

Friday, October 25, 2019.

_____October 30, 2019_____
Date

Kimberly B. Rezanka

Kimberly B. Rezanka
*Chair, Florida Commission on Ethics*

KBR/cca

cc:   Mr. Jeffrey M. Siskind, Respondent
      Ms. Melody A. Hadley, Commission Advocate
      Mr. Robert Gibson, Complainant

# Exhibit D

Filing # 128710287 E-Filed 06/14/2021 03:41:42 PM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: AE
CASE NO.: 50-2009-CA-033862-
XXXX-MB

SARA DOZIER,
    Plaintiff/Petitioner
vs.
JEFFREY SISKIND, ESQUIRE,
PATRIOT RESIDENTIAL PROPERTIES INC,
    Defendant/Respondents
and
FLORIDA AERO PAINT INC,
JPMORGAN CHASE BANK N A,
PNC BANK N A,
et al.,
    Garnishees.

_____/

## ORDER DENYING MOTION TO INVALIDATE ASSIGNMENTS

This matter came before the Court on Defendant Jeffrey Siskind's Motion To Invalidate Assignments. A hearing was conducted on June 9, 2021. The Court has reviewed the submissions and the parties and has heard argument of counsel. The Court has also reviewed the Court file. Upon consideration, it is hereby,

**ORDERED AND ADJUDGED** that Defendant Jeffrey Siskind's Motion To Invalidate Assignments is **DENIED**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

502009CA033862XXXXMB 06/14/2021
Glenn D. Kelley Circuit Judge

502009CA033862XXXXMB 06/14/2021
Glenn D. Kelley
Circuit Judge

Copies Furnished to:

| Name | Address | Email |
|---|---|---|
| ANDREW FULTON, IV | 1665 PALM BEACH LAKES BD SUITE 1000 THE FORUM WEST PALM BEACH, FL 33401 | ESERVICE@KELLEYLAWOFFICE.COM, andrew@kelleylawoffice.com |
| ANDREW R. HERRON | 255 ALHAMBRA CIRCLE STE. 1060 CORAL GABLES, FL 33134 | GSERVICE@HERRONORTIZ.COM, gservice@homerbonner.com, aherron@homerbonner.com |
| JEFFREY M. SISKIND | 3465 SANTA BARBARA DR WEST PALM BEACH, FL 33414 | JEFFSISKIND@MSN.COM, jeffsiskind@gmail.com |
| JOHN B KENT | n/a | jkent@marksgray.com, tsing@marksgray.com, jwynn@marksgray.com |
| MICHAEL DAVID BROWN | 712 US HIGHWAY 1 STE. 210-6 NORTH PALM BEACH, FL 33408 | LAWMDBROWN@AOL.COM |
| ROBERT GIBSON | n/a | intelexigent@gmail.com |
| SOFIYE WILLIAMS | 500 E BROWARD BLVD SUITE 1710 FORT LAUDERDALE, FL 33394 | SOFIYE@COMCAST.NET, williamslawfl@gmail.com |
| STEVE JACKOWSKI | n/a | advancedaircraft1@gmail.com |
| WILLIAM EARNEST PRUITT | 3030 S DIXIE HWY SUITE 5 WEST PALM BEACH, FL 33405 | JKNIGHT@PRUITTPRUITTLAW.COM, wep@pruittpruittlaw.com |

Filing # 129758262 E-Filed 06/29/2021 03:08:31 PM

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: AE
CASE NO.: 50-2009-CA-033862-
XXXX-MB

SARA DOZIER,
        Plaintiff/Petitioner
vs.
JEFFREY SISKIND, ESQUIRE,
PATRIOT RESIDENTIAL PROPERTIES INC,
        Defendant/Respondents
and
FLORIDA AERO PAINT INC,
JPMORGAN CHASE BANK N A,
PNC BANK N A,
et al.,
        Garnishees.

_____/

## ORDER DENYING AMENDED MOTION TO REHEAR/RECONSIDER

This matter came before the Court on Jeffrey Siskind's Amended Motion to Rehear/Reconsider Order Denying Motion to Invalidate Assignments. The Court has reviewed the Motion. Upon consideration, it is hereby,

**ORDERED AND ADJUDGED** that Jeffrey Siskind's Amended Motion to Rehear/Reconsider Order Denying Motion to Invalidate Assignments is DENIED without a hearing.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

502009CA033862XXXXMB   06/29/2021
Glenn D. Kelley   Circuit Judge

502009CA033862XXXXMB   06/29/2021
Glenn D. Kelley
Circuit Judge

Copies Furnished to:

| Name | Address | Email |
|------|---------|-------|
| ANDREW FULTON, IV | 1665 PALM BEACH LAKES BD SUITE 1000 THE FORUM WEST PALM BEACH, FL 33401 | ESERVICE@KELLEYLAWOFFICE.COM, andrew@kelleylawoffice.com |
| ANDREW R. HERRON | 255 ALHAMBRA CIRCLE STE. 1060 CORAL GABLES, FL 33134 | GSERVICE@HERRONORTIZ.COM, gservice@homerbonner.com, aherron@homerbonner.com |
| JEFFREY M. SISKIND | 3465 SANTA BARBARA DR WEST PALM BEACH, FL 33414 | JEFFSISKIND@MSN.COM, jeffsiskind@gmail.com |
| JOHN B KENT | n/a | jkent@marksgray.com, tsing@marksgray.com, jwynn@marksgray.com |
| MICHAEL DAVID BROWN | 712 US HIGHWAY 1 STE. 210-6 NORTH PALM BEACH, FL 33408 | LAWMDBROWN@AOL.COM |
| ROBERT GIBSON | n/a | intelexigent@gmail.com |
| SOFIYE WILLIAMS | 500 E BROWARD BLVD SUITE 1710 FORT LAUDERDALE, FL 33394 | SOFIYE@COMCAST.NET, williamslawfl@gmail.com |
| STEVE JACKOWSKI | n/a | advancedaircraft1@gmail.com |
| WILLIAM EARNEST PRUITT | 3030 S DIXIE HWY SUITE 5 WEST PALM BEACH, FL 33405 | JKNIGHT@PRUITTPRUITTLAW.COM, wep@pruittpruittlaw.com |